UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAR WILLIAMS,

                        Petitioner,

                -against-

REBECCA GRAYSON,

                        Respondent.

19-CV-11841 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      Petitioner, currently incarcerated at Rikers Island, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, challenging the constitutionality of his detention. The Court denies the petition for the reasons set forth below.

      Petitioner has previously submitted to this Court an identical petition challenging his detention. That case is pending in this Court under case number 19-CV-11664 (CM). Because this petition raises the same claims, no useful purpose would be served by litigating this duplicate petition. Therefore, this petition is denied without prejudice to Petitioner's pending application under case number 19-CV-11664 (CM).

      The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Petitioner, and note service on the docket.

      Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 9, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge