UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAR WILLIAMS,

      Petitioner,

   -against-

REBECCA GRAYSON,

      Respondent.

19-CV-11841 (CM)

CIVIL JUDGMENT

  Pursuant to the order issued January 9, 2020, denying the petition,

  IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied without prejudice to the pending action under case number 19-CV-11664. Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated: January 9, 2020
    New York, New York

                COLLEEN McMAHON
                Chief United States District Judge